NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ABBVIE INC., ABBVIE BIOTECHNOLOGY LIMITED,**
*Plaintiffs-Appellees*

v.

**THE KENNEDY TRUST RHEUMATOLOGY RESEARCH,**
*Defendant-Appellant*

---

2014-1672

---

Appeal from the United States District Court for the Southern District of New York in No. 1:13-cv-01358-PAC, Judge Paul A. Crotty.

---

**JUDGMENT**

---

MICHAEL A. MORIN, Latham & Watkins LLP, Washington, DC, argued for plaintiffs-appellees. Also represented by DAVID PENN FRAZIER; CASEY L. DWYER, WILLIAM BARRETT RAICH, Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, Washington, DC.

MARK ANDREW PERRY, Gibson, Dunn & Crutcher LLP, Washington, DC, argued for defendant-appellant. Also

represented by WAYNE M. BARSKY, TIMOTHY P. BEST, Los Angeles, CA; NORMAN H. ZIVIN, JOHN P. WHITE, ROBERT THOMAS MALDONADO, Cooper & Dunham, LLP, New York, NY.
        .

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (WALLACH, TARANTO, and CHEN, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


April 8, 2015                     /s/  Daniel  E.  O'Toole
      Date                       Daniel E. O'Toole
                                 Clerk of Court